UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 06-189 (Robertson) |
| | : | |
| v. | : | MOTION FOR STATUS |
| | : | HEARING TO REPORT |
| DENNIS N. ABBOTT, | : | IDENTIFICATION OF CRIME |
| | : | VICTIMS PURSUANT TO |
| Defendant. | : | 18 U.S.C. § 3771 |

1.      Pursuant to Crime Victims' Rights Act, 18 U.S.C. § 3771 (the "Act"), the United States Department of Justice, Fraud Section, Criminal Division requests that the Court allow the Department of Justice to report on the status of the government's efforts to identify and locate any "crime victims" in this matter on January 8, 2007.

2.      The Act, as amended in 2004, requires that the Department of Justice use its "best efforts" to see that "crime victims" are notified of and accorded rights as described in 18 U.S.C. § 3771(a). 18 U.S.C. § 3771(c)(1). The Act defines "crime victim" as a "person directly and proximately harmed as a result of the commission of a Federal offense or an offense in the District of Columbia." 18 U.S.C. § 3771(e).

3.      The rights of a crime victim under the Act include the "right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused." 18 U.S.C. § 3771(a)(2).

4.      The government submits that the number of "crime victims" directly and proximately harmed by the conspiracy to manipulate the February 2004 TET propane market is significant and could include all wholesale and retail customers in regions where TET propane is

delivered.

    5.    Accordingly, the government asks that the Court allow the Department of Justice to report on the status of the government's efforts to identify and locate crime victims in this matter on January 8, 2007.

Dated: July 3, 2006                            Respectfully submitted,

                                                    PAUL E. PELLETIER
                                                    Acting Chief, Fraud Section
                                                    Criminal Division

                                                    _____/S/_____
                                                    JERROB DUFFY
                                                    Trial Attorney
                                                    Criminal Division, Fraud Section

                                                    _____/S/_____
                                                    STACEY K. LUCK
                                                    Trial Attorney, Fraud Section
                                                    Criminal Division

                                                    U.S. Department of Justice
                                                    950 Pennsylvania Avenue
                                                    Washington, D.C.  20530
                                                    Phone: (202) 514-4018
                                                    Facsimile: (202) 514-0152