UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Dennis N. Abbott                                Criminal No. 06-189

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

FILED
JUN 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney
DOJ, Fraud Section

Stacey K. R.
DOJ, Fraud Section

APPROVED:

_____
JAMES ROBERTSON
United States District Judge
Dated: 6/28/06