UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 06-189 |
| | : | |
| v. | : | INDICTMENT WAIVER |
| | : | |
| DENNIS N. ABBOTT, | : | |
| | : | |
| Defendant. | : | |

**FILED**
JUN 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF INDICTMENT

I, Dennis N. Abbott, the above-named defendant, accused of Conspiracy to Manipulate a Commodity in Interstate Commerce, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date: 6/28/2006

_____
Dennis N. Abbott
Defendant

Date: 6/28/06

_____
Michael L. Spafford
Attorney for the Defendant

Before: _____
UNITED STATES DISTRICT JUDGE