NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number 06-189

Dennis N. Abbott
(Defendant)

FILED

JUN 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA       ■ RETAINED       ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael L. Spafford, DC Bar 435296
(Attorney & Bar ID Number)

McKee Nelson, LLP
(Firm Name)

1919 M Street, NW, Suite 800
(Street Address)

Washington, DC 20036
(City)   (State)   (Zip)

(202) 327-8590
(Telephone Number)