FILED

JUL 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 06-189 (Robertson) |
| | : | |
| v. | : | MOTION FOR STATUS |
| | : | HEARING TO REPORT |
| DENNIS N. ABBOTT, | : | IDENTIFICATION OF CRIME |
| | : | VICTIMS PURSUANT TO |
| Defendant. | : | 18 U.S.C. § 3771 |

On this date the Court considered the Motion to Set a Status Hearing to Report the Identification of Crime Victims Pursuant to 18 U.S.C. § 3771, filed by the United States Department of Justice, Fraud Section, Criminal Division. Having considered the Motion and for good cause shown, the Court GRANTS the Motion and ORDERS that the government report to the Court the status of the government's efforts to identify and locate crime victims in this matter on January 8, 2007.

IT IS SO ORDERED.

Dated: July 8, 2006.

James Robertson
United States District Judge