UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Number:  06-CR-189 |
| | : | Judge James Robertson |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **DENNIS N. ABBOTT,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| | : | |

_____

**UNOPPOSED MOTION OF UNITED STATES TO CONTINUE SENTENCING DATE**

The United States of America, through undersigned counsel, hereby files its Unopposed Motion to Continue Sentencing Date.  By this filing, the Government seeks to apprise the Court of developments in this matter, to make the Court aware of the substantial progress that has occurred in the investigation since the filing of the Information against Defendant Dennis N. Abbott, and to request that the Court continue the completion date of the Presentence Investigation Report for a specified period of time.

This matter involves a scheme by persons then employed at BP to manipulate the propane markets in the United States, and is the first federal charge alleging a criminal market corner in the history of the Commodities Exchange Act.  The guilty plea by Defendant Abbott is the first instance in which a defendant has pleaded guilty to a criminal violation involving an allegation of market corner, which is a specific type of market manipulation involving the intentional distortion of supply and demand of a regulated commodity.  This case involves highly

complex issues of supply and demand of the propane market in the United States, as well as numerous financial transactions and commodity purchases and sales. The investigation has involved the accumulation of large quantities of documents and electronic evidence from BP as well as many other energy companies, and others, and has involved numerous witness interviews in various parts of the country.

Defendant Abbott pleaded guilty at the initial stages of the Department of Justice investigation in this matter, and he has been cooperating since.

## Developments To Date

A one-count Information was filed in this case on June 28, 2006, and that same day Defendant Dennis N. Abbott entered a plea of guilty before the Court. Based upon the joint request of the parties, the Court has continued this matter ever since, showing considerable patience. At the most recent status conference, on October 24, 2007, the Court set a further status date of April 24, 2008, but also ordered the preparation of a presentence investigation report. The Court indicated to counsel for the Government that the Court would like to see "progress" if further continuances were sought. The Court's admonition did not go unheeded.

On October 25, 2007, the day following the status conference before this Court, significant events occurred. The United States filed a one-count Information in the United States District Court for the Northern District of Illinois, charging BP America, Inc. with conspiracy to commit commodities price manipulation, market corner, and mail and wire fraud, in connection with the same propane market manipulation scheme in which Defendant Abbott has pleaded guilty here. (*See* Information, *United States v. BP America, Inc.*, (N.D. Ill. No. 07-CR-683 (October 25, 2007) )(Annexed as Exhibit A.) Concurrently, the United States filed a Deferred

Prosecution Agreement with BP, in which BP agreed, among other things, to pay record criminal and civil penalties in connection with this conduct, totaling $250 million, and also to make restitution of approximately $54 million.  (*See* Deferred Prosecution Agreement, *United States v. BP America, Inc.* (N.D. Ill. No. October 25, 2007)) (Annexed as Exhibit B.)   In total, BP agreed to pay approximately $304 million in connection with the settlement.

Also on October 25, 2007, a federal grand jury in Chicago returned a 20-count indictment in *United States v. Mark Radley, et al.*, No. 07-CR-683 (N.D. Ill. October 25, 2007), charging four individual defendants with conspiracy, commodities price manipulation and market corner, and wire fraud, in connection with the same scheme.  (*See* Exhibit C.)  The case against these individuals is ongoing, and involves the same scheme and course of conduct for which Defendant Abbott has pleaded guilty.  Although no trial date has been set, it is expected that trial in this matter will occur in late 2008 or early 2009.

The United States has previously indicated in open court here that Defendant Abbott is assisting the Government in uncovering the extent of the criminal conduct in this matter and Defendant Abbott is continuing to cooperate with the Government in connection with the case against the indicted individuals.

### Sentencing of Defendant Abbott and Presentence Invstigation Report

Because of the ongoing nature of Defendant Abbott's cooperation, and also because of the complex issues in this case, including, but not limited to, the extent of damages caused by the conspirators' conduct, the Government respectfully suggests that a significant continuance of the sentencing date is warranted in this matter.  Beyond such a continuance, however, the Government requests that the Court continue the date by which the presentence investigation

report need be concluded. Such a continuance would allow the Government to make the probation office, and, ultimately, the Court, fully aware of the extent of Defendant Abbott's cooperation and also to have the benefit of the Governments ongoing analysis and investigation pertaining to the economic impact of the criminal scheme here. Because the probation office is required to make assessments about certain aspects of the criminal conduct here, and the Government is duty bound to assist the probation office and the Court in this endeavor, the Government submits that it is premature for the probation office to opine on certain aspects of the criminal conduct here until the Government has completed its investigation. Completion of the presentence report now could require the Government or the probation office to make preliminary conclusions about these issues that could adversely impact the ongoing criminal litigation.

      The Government therefore requests that the Court continue the completion date of the presentence investigation report until April 24, 2009, but retain the current status date of April 24, 2008. Counsel for the Government has discussed this motion with the probation office as well as counsel for Defendant Abbott, and can represent that they have no objection to the relief sought herein.

## **Conclusion**

      This matter involves a novel and complex criminal scheme that has resulted in the first criminal conviction under the Commodities Exchange Act involving a market corner, among other things. The investigation of this matter has been in an active stage since the time of the guilty plea before this Court, and has indeed resulted in a corporate criminal resolution involving the largest criminal and civil fines in the history of the Commodities Exchange Act. The

investigation also has resulted in the indictment of four individuals for the same conduct.

Because of the complex issues presented, particularly involving the extent of harm caused by the scheme, and also because of the ongoing nature of the criminal litigation here, the Government requests additional time to analyze and investigate this matter before the probation office or the Government make a recommendation to the Court concerning various sentencing factors.

In conclusion, the Government respectfully requests that the Court continue the sentencing date here until April 24, 2009, and adjust the deadline for completing the presentence investigation report accordingly.

DATE:  January 30, 2008

_____
JERROB DUFFY
Trial Attorney

JOSEPH KONIZESKI
Special Trial Attorney

Criminal Division, Fraud Section
U.S. Department of Justice
950 Pennsylvania Avenue
Washington, D.C.  20530
Phone: (202) 514-4018
Facsimile: (202) 514-0152

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number:  06-CR-189 |
| | : | Judge James Robertson |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DENNIS N. ABBOTT, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**[PROPOSED]**
**ORDER GRANTING MOTION OF UNITED STATES TO CONTINUE**
**SENTENCING DATE**

The Court having considered the Unopposed Motion of the United States to Continue Sentencing Date, and the entire record in this case, orders as follows:

Sentencing in this matter is continued until April 24, 2009, and the completion date of the presentence report shall be adjusted accordingly.

DONE AND ORDERED at Chambers at Washington, D.C.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2008, I electronically filed the foregoing document, Unopposed Motion of United States to Continue Sentencing Date, with the Clerk of the Court using CM/ECF.

___/s/_____

Jerrob Duffy