UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 06 CR 189 |
| v. | ) | Hon. James Robertson |
| | ) | |
| DENNIS N. ABBOTT | ) | |

GOVERNMENT'S MOTION FOR ORDER AUTHORIZING COMPLIANCE
WITH JUSTICE FOR ALL ACT USING REASONABLE ALTERNATIVE MEASURES

The United States of America, by and through undersigned counsel, hereby moves for an order authorizing compliance with the Justice for All Act of 2004, 18 U.S.C. § 3771(a) (the "Act"), by using reasonable alternative measures for notifying potential victims in the above-captioned criminal case. Because the exact number and identities of victims has not yet been determined, and it may not be possible to do so, the United States seeks an order pursuant to 18 U.S.C. § 3771(d)(2) authorizing compliance with the Act by publishing information about the case in a national newspaper, and subsequently thereafter on the Department of Justice's publicly accessible website in lieu of individual notification to victims.

Discussion

The Justice for All Act provides certain rights to victims in federal criminal proceedings. 18 U.S.C. § 3771. Among the rights provided by the Act are a victim's right to "reasonable, accurate, and timely notice" of public court proceedings, the right to "full and timely restitution as provided in law" in the event of a conviction, and a right "to confer with the attorney for the Government in the case." *See* 18 U.S.C. § 3771(a). The Act further provides that agencies of the United States "shall make their best efforts to see that crime victims are notified of, and accorded, the rights described in subsection (a)." *Id.* § 3771(c)(1). The Act defines a crime

victim as "a person directly and proximately harmed" as a result of the commission of a federal offense. *Id.* § 3771(e). The Act also provides that in cases with multiple crime victims where personal notification of victims is "impracticable," the Court "shall fashion a reasonable procedure to give effect to [the Act] that does not unduly complicate or prolong the proceedings." *Id.* § 3771(d)(2).

The Information here alleges that defendant participated in a conspiracy to manipulate and corner the market of TET propane, a category of propane stored and transported in the Texas Eastern Products Pipeline Company pipeline system during February, 2004. The potential victim class may constitute a significant number of persons and entities. The United States submits that this case fits within the "multiple crime victims" exception to the Justice for All Act and believes it would be "impracticable" under Section 3771(d)(2) to identify, locate, and provide personal notification by mail to all of the individuals or entities that were affected by defendant's conduct. Accordingly, the United States respectfully requests that this Court issue an order authorizing it to comply with the Act by using the following reasonable and appropriate alternative measures:

      (1) taking out a newspaper advertisement in a national newspaper, such as The Wall Street Journal, which provides information about the allegations in the Information and the availability of further information about the matter on the Department of Justice's website, in a form substantially similar to that attached as Exhibit A; and,

      (2) posting information relevant to victims in this case on the Department of Justice's website, located at http://www.usdoj.gov/criminal/vns/.

In other large fraud cases where the number of potential victims made direct notification by mail impracticable or unduly burdensome, similar methods of compliance with the Justice for All Act have been authorized.

Conclusion

In sum, because this matter involves "multiple crime victims," the United States submits that the alternative notification methods proposed here constitute reasonable and appropriate compliance with the Justice for All Act. For the foregoing reasons, the government respectfully requests that the Court grant this motion and enter the accompanying proposed Order.

        STEVEN A. TYRRELL
        Chief, Fraud Section

By:  /s/_____
        JERROB DUFFY
        Trial Attorney

        JOSEPH KONIZESKI
        Special Trial Attorney
        Criminal Division
        U.S. Department of Justice

CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing documents to be filed via the ECF filing system for the United States District Court for the District of Columbia in accordance with the Local Rules of the Court.

                                                              _____/s/_____
                                                             Jerrob Duffy