**Notice of**
**U.S. v. BP America, No. 07-CR-683 (N.D. Ill.),**
**U.S. v. Radley, et al., No. 07-CR-689 (N.D. Ill.)**
**and U.S. v. Abbott, No. 06-CR-189 (D.D.C.)**
**ATTENTION PURCHASERS OF PROPANE**

The Criminal Division of the Department of Justice entered into a Deferred Prosecution Agreement with BP America, which was filed in U.S. District Court for the Northern District of Illinois on October 25, 2007, in which BP America (BP) accepted responsibility for a scheme executed by its employees to unlawfully corner the market and manipulate the price of TET propane, between February 5, 2004 and March 15, 2004.  As part of the settlement, BP deposited approximately $54 million into a restitution fund to cover harm caused to certain classes of affected parties.

Separately, Mark Radley, James Summers, Cody Claborn, and Carrie Kienenberger, former employees of BP, were indicted on October 25,2007 by a federal grand jury in the Northern District of Illinois, in connection with the conduct described above. Finally, on June 28, 2006, Dennis Abbott, a former trader at BP, pleaded guilty to conspiracy in U.S. District Court for the District of Columbia in connection with unlawful trading of TET propane during this time period.  If you believe you have been a victim of these alleged crimes or wish to get information about the rights of victims in these three cases, please visit the Department of Justice's website at: http://www.usdoj.gov/criminal/vns/.