FILED

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 06 CR 189 (JR) |
| v. | ) | |
| | ) | |
| DENNIS N. ABBOTT | ) | |

### ORDER AUTHORIZING COMPLIANCE WITH JUSTICE FOR ALL ACT USING REASONABLE ALTERNATIVE MEASURES

Having considered the Government's Motion for an Order Authorizing Compliance with the Justice for All Act Using Reasonable Alternative Measures, and the entire record in this case, the Court finds that: (1) the number of potential victims in this case makes it impracticable to undertake all of the procedures set forth under 18 U.S.C. § 3771(a); (2) the "multiple crime victims" provision of the Act applies to this case; and (3) the means of notifying potential victims as set forth in the motion constitutes a "reasonable procedure" to give effect to and ensure compliance with the notice provisions of the Act.

IT IS HEREBY ORDERED:

The Government's Motion for an Order Authorizing Compliance with the Justice for All Act Using Reasonable Alternative Measures is granted. Accordingly, pursuant to 18 U.S.C. § 3771(d)(2), the United States is authorized to comply with 18 U.S.C. § 3771(a) by:

(1) taking out a newspaper advertisement in a national newspaper, such as The Wall Street Journal, which provides information about the allegations in the Information and the availability of further information about the matter on the Department of Justice's website, in a form substantially similar to that attached as Exhibit A to the motion; and,

(2) posting information relevant to victims in this case on the Department of Justice's website, located at http://www.usdoj.gov/criminal/vns/.

_____
James Robertson
United States District Judge

Date: 2/28/2008