FILED

MAR 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Number: 06-CR-189 (JR) |
| Plaintiff, : | |
| v. : | |
| DENNIS N. ABBOTT, : | |
| Defendant. : | |

## ORDER GRANTING MOTION OF UNITED STATES TO CONTINUE SENTENCING DATE

The Court having considered the Unopposed Motion of the United States to Continue Sentencing Date, and the entire record in this case, orders as follows:

Sentencing in this matter is continued until April 24, 2009, and the completion date of the presentence report shall be adjusted accordingly.

DONE AND ORDERED at Chambers at Washington, D.C.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE